Recording requested by a return to:

SUFEN HUANG
16455 EL REVINO DRIVE
FONTANA, CA 92336

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: HAO WANG

Debtor

SUFEN HUANG

Plaintiff

vs.

HAO WANG

Defendant

CASE NUMBER 6-18-bk-14917-SC

ADVERSARY NUMBER 6-18-ap-01175-SC

# ABSTRACT OF JUDGMENT

The Judgment Creditor applies for an abstract of judgment and represents:

1. The Judgment Debtor's:

   a. Name and address

   HAO WANG
   8478 BULLHEAD COURT
   RANCHO CUCAMONGA, CA 91739

   ☐ Address Unknown

   b. Driver's License No. E 2021856          ☐ Unknown

   c. Social Security No. 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          ☐ Unknown

2. The Summons was personally served at, or mail to (address):

   09/14/2018   mailed to = 8478 BULLHEAD COURT, RANCHO CUCAMONGA, CA 91739

3. ☐ Information regarding additional judgment debtors is shown on reverse side.

   Dated: 02/26/2019          SUFEN HUANG
   _____          _____
                                (Signature of Judgment Creditor or Attorney)

(Continued on Reverse Side)

*Revised February 2010*

Abstract of Judgment - Page Two

| In re | (SHORT TITLE) | CHAPTER ___7___ |
|---|---|---|
| HAO WANG | Debtor(s). | ADVERSARY NO.: 6-18-AP-01175-SC |

4.    I certify that in the above-entitled action and Court, Judgment was entered on _February 06, 2019_.

in favor of ___SU FEN HUANG___ and against ___HAO WANG___

for     $ __150,000__           Principal,

        $ __822__               Interest,

        $ ___0___               Attorney's Fees, and

        $ ___0___               Costs.

A lien in favor of a judgment creditor is:

☐  not endorsed on the judgment.

☒  endorsed on the judgment as follows:

   1.  Amount $ __150,000__

   2.  In favor of (name) __SU FEN HUANG__

A stay of execution has:

☒  not been ordered by the Court.

☐  been ordered by the Court effective until (date): _____

Attested this __26 TH__ day of __FEBRUARY__

                        KATHLEEN J. CAMPBELL
                        Clerk of the Bankruptcy Court

                        By: _____
                                    Deputy Clerk

Information regarding additional judgment debtors:

_____

_____

_____

_____

*Revised February 2010*

Case 6:18-ap-01175-SC    Doc 22    Filed 02/06/19    Entered 02/06/19 15:00:51    Desc
Main Document    Page 1 of 1



1  Ronald J. Sokol, SBN 80690
   Email: ronsesq@aol.com
2  RONALD J. SOKOL, A Professional Law Corporation
3  1334 Parkview Avenue, Suite 100
   Manhattan Beach, CA 90266
4  Telephone: (310) 546-8124
5  Fax: (310) 546-8125

6
7  Attorney for Plaintiff Sufen Huang

FILED & ENTERED

FEB 06 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY craig       DEPUTY CLERK

CHANGES MADE BY COURT

8      **UNITED STATES BANKRUPTCY COURT**
       **CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION**
9

10 In re:                                     Case No.  6:18-bk-14917-SC
                                              Hon. Scott C. Clarkson
11 HAO WANG,                                  Chapter 7
12              Debtor.                        Adv. No.: 6:18-ap-01175-SC

13 _____            **JUDGMENT ON**
                                              **ADVERSARY COMPLAINT**
14 SUFEN HUANG, an individual,
15              Plaintiff,                     **Date:  February 6, 2019**
                                              **Time:  1:30**
16      v.                                     **Ctrm: Hon. Scott C. Clarkson**
17 HAO WANG,
18              Defendant.
19

20      Judgment is hereby entered under 11 U.S.C. Section 523(a)(4) against

21 Defendant Hao Wang and in favor of Plaintiff Sufen Huang in the sum of

22 $150,000, with interest accruing at 10%.

23                                    ###

24

25

26
   Date: February 6, 2019          _Scott C. Clarkson_
27                                  Scott C. Clarkson
                                    United States Bankruptcy Judge
28

                                    1
       JUDGMENT ON ADVERSARY COMPLAINT